| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:22-CV-595 |
|---|---|
| Name of Plaintiff(s):<br>KRISTEN MANN KOMAN<br>**VERSUS**<br>Name of Defendant(s):<br>RELIANCE STANDARD LIFE INSURANCE CO. ET AL. | **REPORT**<br>**OF**<br>**MEDIATOR**<br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: CALVIN B. BENNETT III | |
| Telephone No: 919.844.3989 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: CAL@BENNETT-LAW.COM | |

RECEIVED
In This Office
APR 17 2023
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
1205 CWB

**1. Convening of Mediation.** The mediated settlement conference ordered in this case:

☒ was held on 4/6/23 (date)

☐ was NOT held because

**2. Attendance**

☒ No objection was made on the grounds that any required attendee was absent.

☐ Objection was made by

**3. Outcome**

☐ Complete settlement of the case

☒ Conditional settlement or other disposition

☐ Partial settlement of the case

☐ Recess (*i.e.*, mediation to be resumed at a later date)

☐ Impasse

☒ Additional Information: COMPLETE SETTLEMENT SUBJECT TO AGREEMENT ON FINAL RELEASE TERMS

**4. Settlement Filings.**

(a) The document(s) to be filed to effect the settlement are
VOLUNTARY DISMISSAL WITH PREJUDICE

(b) The person responsible for filing the document(s) is PLAINTIFF'S COUNSEL

(c) The agreed deadline for filing the document(s) is 30 DAYS FROM FINAL RELEASE

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

C Bennett — Mediator Signature

4/13/23 — Date